

**Sanford Heisler
Sharp McKnight, LLP**
17 State Street, 37th Floor
New York, NY 10004
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

*Michael Palmer*, New York Co-Managing Partner and Wage and Hour Practice Group Co-Chair
(646) 402-5653
mpalmer@sanfordheisler.com        New York | Washington, DC | San Francisco | Palo Alto | Nashville | San Diego

April 28, 2025

**VIA ECF**
The Honorable Steven Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Strain, et al v. Southwest Airlines Co.*, **Case No. 2:24-cv-08885 (SJB) (ST)**

Dear Judge Tiscione:

      Our firm represents Plaintiffs Richard Strain and David Garner, along with the FLSA opt-in plaintiffs and the prospective class, in the above-captioned matter. Pursuant to Your Honor's Individual Rules and Practices, we write to respectfully request an adjournment of the initial conference currently scheduled for June 16, 2025, at 3:30 p.m. *See* ECF No. 17.

      This is Plaintiffs' first request for an adjournment in this case. Plaintiffs request this adjournment due to multiple attorneys being unavailable on June 16, 2025. Plaintiffs have conferred with Defendant Southwest Airlines Co., who consents to this request. The parties are available for an initial conference on June 23–26, 2025 or July 7–11, 2025. If none of these dates are convenient for the Court, the parties are happy to provide additional availability.

      We thank the Court for its attention to this matter.

                                       Respectfully submitted,

                                       /s/ Michael D. Palmer
                                       Michael D. Palmer
                                       Andrew Melzer
                                       Miranda Katz
                                       **SANFORD HEISLER SHARP
                                       MCKNIGHT, LLP**
                                       17 State Street, 37th Floor
                                       New York, New York 10004
                                       Telephone: (646) 402-5650
                                       mpalmer@sanfordheisler.com
                                       amelzer@sanfordheisler.com
                                       mkatz@sanfordheisler.com

Hon. Steven Tiscione
April 28, 2025
Page 2 of 2

*Counsel for Plaintiffs Richard Strain and David Garner, FLSA opt-in plaintiffs, and potential class members*