# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Richard Strain and David Garner<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>Southwest Airlines Co.,<br><br>　　　　　　　　　Defendant. | CIVIL ACTION NO. 2:24-cv-8885-SJB-SLT<br><br><br>**NOTICE OF MOTION<br>FOR RECONSIDERATION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendant Southwest Airlines Co. ("Southwest") will move this Court, before the Honorable Sanket J. Bulsara, at Courtroom 930 of the United States District Court for the Eastern District of New York, located at the United States Courthouse, 100 Federal Plaza, Central Islip, New York 11722, at a return date to be set by the Court, for the entry of an Order as follows: (i) pursuant to Local Civil Rule 6.3, granting Southwest's motion for reconsideration and dismissing Plaintiffs' cause of action under the Fair Labor Standards Act ("FLSA"); or (ii) in the alternative, pursuant to Local Civil Rule 6.3, permitting Southwest to fully brief a motion to dismiss Plaintiffs' FLSA claim.

Dated:　New York, New York
　　　　 May 7, 2025

　　　　　　　　　　　　　　　　　　　　GREENBERG TRAURIG, LLP

　　　　　　　　　　　　　　　　　　　　/s/ *Jason D. Burns*
　　　　　　　　　　　　　　　　　　　　Jason D. Burns
　　　　　　　　　　　　　　　　　　　　Shira M. Poliak
　　　　　　　　　　　　　　　　　　　　One Vanderbilt Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　　(212) 801-9294
　　　　　　　　　　　　　　　　　　　　Jason.Burns@gtlaw.com
　　　　　　　　　　　　　　　　　　　　Shira.Poliak@gtlaw.com

Cc: All counsel of record